HAYNES, Circuit Judge,
specially concurring:
I concur in the judgment of the court but write separately to clarify that this case should not be read as a suggestion that an “admitted-to” PSR is alone sufficient to support a crime of violence enhancement. In this case, the PSR section in question begins “According to court records,” and then proceeds to describe the facts regarding the age of the victim and the conduct in question, thus reasonably implying that this factual information came from the “court records.” On plain error review, we cannot assume that these “court records” were not “Shepard-approved” court records, and thus we cannot conclude that the district court erred in relying upon these court records that describe the facts of the offense. In turn, these facts are consistent only with sections of the Arkansas statute that clearly constitute a “crime of violence.” Accord *136 ingly, I concur in affirming the district court’s judgment.